Fill in this information to identify the case:

**Debtor 1**  _____Julie Barrett_____
First Name    Middle Name    Last Name

**Debtor 2**  _____
(Spouse, if filing) First Name - Middle Name    Last Name

United States Bankruptcy Court for the District of Massachusetts

Case number:    18-13631-msh

JAN 22 2021 15:38 USBC

---

Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | $1,154.79 |
| Claimant's Name: | Spring Solutions, LLC Assignee to Julie Barrett |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | Spring Solutions, LLC<br>P.O. Box 334<br>Glen Burnie, MD 21060<br>springsolutionsllc@mail.com<br>410.760.5841 |
| Reason Funds Were Not Received by Claimant | The debtor was not aware of the unclaimed funds or the process to retrieving them. |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☑ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☑ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation, including separate affidavit, with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Notice to United States Attorney**

☑ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

U.S. Attorney for the District of Massachusetts
1 Courthouse Ways, Suite 9200
Boston, MA 02210

---

**5. Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 1/14/2021

Signature of Applicant: *Marquette Porter*

Marquette Porter
Printed Name of Applicant

Marquette Porter
Managing Member of
Spring Solutions, LLC
P.O. Box 334
Glen Burnie, MD 21060
springsolutionsllc@gmail.com
410.760.5841

**5. Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

Signature of Co-Applicant (if applicable)

Printed Name of Co-Applicant (if applicable)

Address:

Telephone:

Email:

---

**6. Notarization**
STATE OF Maryland
COUNTY OF Anne Arundel

This Application for Unclaimed Funds, dated 1/14/21 was subscribed and sworn to before me this 14 day of January, 20 21 by

*Marquette Porter*

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public T.H.H
[Seal: THOMAS H. HOFFMAN, NOTARY PUBLIC, ANNE ARUNDEL COUNTY, MD]

My commission expires: 4/18/22

**6. Notarization**
STATE OF _____
COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ____ day of _____, 20 ____ by

_____

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)  Notary Public _____

My commission expires:

---

| Case | Name / Address | Amount | Date |
|---|---|---|---|
| 18-13631 -msh<br>20354187 | JULIE BARRETT<br>263 PARK ST<br>WRENTHAM, MA 02093<br>02093 | 1,154.79 | 07/08/2019 |
| 18-13260 -msh<br>20303208 | GREGG CATALDO<br>20 BRADFORD TERRACE<br>LYNN, MA 01905-1101<br>01905-1101 | 182.00 | 04/04/2019 |
| 18-13259 -fjb<br>20545294 | MADILYN COLUNTINO<br>6 JUNIPER ST<br>BEVERLY, MA 01915<br>01915 | 1,075.51 | 09/11/2020 |
| 18-13161 -msh<br>20370520 | RICHARD MCCANN<br>572 ROCKLAND ST<br>ABINGTON, MA 02351<br>02351 | 2,480.66 | 08/07/2019 |
| 18-13124 -msh<br>20339631 | BRAD DESANTIS<br>83 LAKESHORE DR<br>GEORGETOWN, MA 01833<br>01833 | 136.50 | 06/07/2019 |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUESETTS(BOSTON)

| | | | |
|---|---|---|---|
| In Re: | Julie Ann Barrett | * | Case No. 18-13631-MSH |
| | | * | |
| | Debtor | * | Chapter 13 |

**ORDER APPROVING PAYMENT OF UNCLAIMED FUNDS**

It appearing that the funds from an uncashed dividend check in the amount of $1,154.79 made payable to Julie Ann Barrett, a debtor in this case, were deposited with the United States Treasury and credited to the Unclaimed Funds Account of this Court, and that the proper recipient for said funds having now been located by the petitioner, Spring Solutions, LLC, assignee to Julie Ann Barrett.

**IT IS HEREBY ORDERED** that the Clerk of the Bankruptcy Court shall disburse said funds on deposit with the Treasury of the United States to the claimant herein in the amount specified above to:

Spring Solutions, LLC
P.O. Box 334
Glen Burnie, MD 21060

Dated:                                                                                    BY THE COURT

*United States Bankruptcy Judge*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUESETTS(BOSTON)

In Re: Julie Ann Barrett     *     Case No. 18-13631-MSH
    *
Debtor     *     Chapter 13

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of January, 2021, a copy of the foregoing Application of Payment of Unclaimed Funds and all attachments was served by first class mail, postage, prepaid, by hand delivery, and/or electronic case filing system to:

U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210

Date: 1/14/2021

Marquette Porter
Managing Member of
Spring Solutions, LLC
~~P.O. Box 334~~
Glen Burnie, MD 21060
(410) 760-5841
springsolutionsllc@gmail.com