**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MASSACHUSETTS**

In re:   Julie Ann Barrett,                                    Case No. 18-13631-MSH

                                                              Chapter 13

        Debtor


**ORDER**

On January 22, 2021, Spring Solutions, LLC ("Spring Solutions"), as claimant, filed an

Application for Payment of Unclaimed Funds ("Application") to obtain unclaimed funds

deposited with the Court pursuant to 11 U.S.C. § 347(a) in the amount of $1,154.79 (the

"Funds").  Spring Solutions asserts in the Application that it is entitled to the Funds as a

claimant by assignment.

In support of the Application, Spring Solutions filed, among other things, a Notice of

Assignment, dated as of December 7, 2020, signed by it and the debtor, Julie Ann Barrett (the

"Debtor"). The Notice purports to establish an assignment by the Debtor of all rights to the

Funds to Spring Solutions in exchange for a purchase price. Spring Solutions also submitted a

Limited Power of Attorney, dated December 18, 2020, executed by the Debtor which expressly

provides that Spring Solutions may make any request relating to the Funds "as my Agent . . . to

the then holder of the [Funds] for the direct transmission to and receipt of the [Funds] paid to

[Spring Solutions] *and later disbursement to me* . . . ." (emphasis added). Upon consideration of

both the Notice of Assignment and the Limited Power of Attorney, the Court finds that Spring

Solutions is a funds locator which submitted the Application on behalf of the Debtor.

Spring Solutions shall by **April 29, 2021**, amend the Application with the following documents:

1. An amended application for payment of unclaimed funds filed on behalf of the Debtor as the claimant and by Spring Solutions as the applicant;

2. A completed W-9 Form for the Debtor, containing the same address as the Debtor's address listed on the amended application;

3. A completed W-9 Form for Spring Solutions which contains the name "Spring Solutions, LLC" on line one of the Form; and

4. A proposed order requesting payment in the name of the Debtor. If the amended application is allowed, payment will be issued in the name of the Debtor but may be sent care of Spring Solutions, as a funds locator.

Following the submission of the above documents, the Court will issue further order(s) as appropriate. If the supplemental documents are not filed by the deadline set forth above, the Court may deny the Application without prejudice.

Dated: March 30, 2021

_____
Melvin S. Hoffman
U.S. Bankruptcy Judge