**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In re:

Julie Ann Barrett,                                                                    Case No. 18-13631-MSH
                                                                                      Chapter 13
        Debtor

**ORDER APPROVING AMENDED APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

On January 22, 2021, Spring Solutions, LLC (the "LLC"), as a purported claimant, filed an Application for Payment of Unclaimed Funds, along with supporting documents (the "Original Application") to obtain unclaimed funds in the amount of $1,154.79 (the "Funds") deposited with the Court pursuant to 11 U.S.C. § 347(a). On March 30, 2021, the Court issued an Order in which it found that the LLC was acting as a funds locator on behalf of the debtor, Julie Ann Barrett (the "Debtor"), and requiring the LLC to file an amended application, as the applicant, on behalf of the Debtor, as the claimant, with certain supporting documents. On April 9, 2021, the LLC filed an Amended Application for Payment of Unclaimed Funds on behalf of the Debtor as the claimant along with supporting documents (the "Amended Application"). On May 14, 2021, the Debtor filed a signed IRS Form W-9 in further support of the Amended Application.

Having considered the Original Application, the Amended Application, the W-9 Form signed by the Debtor, and the other supporting documents, the Court finds that the LLC has established that the Debtor is entitled to the Funds.

IT IS HEREBY ORDERED that the Amended Application is APPROVED.

The Clerk of the U.S. Bankruptcy Court shall disburse said Funds on deposit with the Treasury of the United States in the amount of $1,154.79 to the Debtor, c/o Spring Solutions, LLC at P.O. Box 334, Glen Burnie, Maryland, 21060, not earlier than fourteen (14) days after entry of this Order.

Dated:  May 21, 2021                         _____
                                             Melvin S. Hoffman
                                             United States Bankruptcy Judge